| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Elaine T. Byszewski (SBN222304)<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017<br>Telephone: (213) 330-7150<br>elaine@hbsslaw.com<br><br>*Attorneys for Plaintiffs*<br><br>STEPTOE & JOHNSON LLP<br>Chong S. Park<br>1330 Connecticut Ave., NW<br>Washington, DC 20036<br>Telephone (202) 429-3000<br>CPark@steptoe.com<br><br>*Attorney for Defendant National Milk Producers Federation* | |
| EIMER STAHL KLEVORN & SOLBERG LLP<br>Nathan P. Eimer<br>224 South Michigan Avenue, Suite 1100<br>Chicago, Illinois 60604<br>Phone: (312) 660-7601<br>neimer@eimerstahl.com<br><br>*Attorneys for Defendant Land O' Lakes, Inc.* | SHIPMAN & GOODWIN, LLP<br>Ross H. Garber<br>One Constitution Plaza<br>Hartford, CT 06103<br>Telephone (860) 251-5901<br>RGarber@goodwin.com<br><br>*Attorney for Defendant Agri-Mark, Inc.* |
| BOND SCHOENECK & KING, PLLC<br>Edward R. Conan<br>One Lincoln Center<br>Syracuse, NY 13202-1355<br>Telephone: (315) 218-8000<br>econan@bsk.com<br><br>*Attorney for Defendant Dairylea Cooperative, Inc.* | WILLIAMS & CONNOLLY LLP<br>Steven R. Kuney<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 434-5843<br>skuney@wc.com<br><br>*Attorney for Defendant Dairy Farmers of America, Inc.* |

[Additional Counsel listed on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYS AND GIRLS CLUB OF THE EAST VALLEY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL MILK PRODUCERS FEDERATION, et al.<br><br>    Defendants. | CASE NO. 3:11-CV-05253-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND FOR CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

WHEREAS on October 28, 2011, Boys and Girls Club of the East Valley, *et al.* filed a Class Action Complaint for violations of state antitrust statutes and the common law of unjust enrichment against the National Milk Producers Federation, aka Cooperative Working Together, the Dairy Farmers of America, Inc., Land O' Lakes, Inc., Dairylea Cooperative Inc., and Agri-Mark, Inc. (collectively "Defendants"), as an action related to the already pending *Edwards, et al. v. National Federation of Milk Producers, et al.*, Case No 3:11-cv-4766 (JSW) and *Robb, et al v. National Milk Producers Federation, et al.,* Case No 3:11-cv-4791(JSW), as contemplated by the stipulations of the parties (Dkt. Nos. 12, 14, 18) and subsequent order of the Court (Dkt. No. 29) filed in *Edwards*[1] and the stipulations of the parties (Dkt. Nos. 11, 13, 17) and subsequent order of the Court (Dkt. No. 28) filed in *Robb*;[2]

WHEREAS the aforementioned stipulations and orders set a coordinated timeframe for responding to the complaints and a case management conference;

WHEREAS in the interests of judicial economy and efficiency the parties wish those same coordinated dates to govern this related action.

Defendants and Plaintiffs HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Defendants' deadline to respond to *Boys and Girls Club of the East Valley, et al. v. National Federation of Milk Producers, et al.,* Case No 3:11-cv-5253:  December 19, 2011.

2. Plaintiffs' opposition or response to Defendants' filing: February 17, 2012.

3. Defendants' reply to any opposition or response of Plaintiffs: March 19, 2012.

---

[1] The Court entered an order effectuating the stipulation submitted with respect to Dairy Farmers of America, Land O'Lakes, and Dairylea, but has not yet entered orders on the similar stipulations submitted with respect to National Milk Producers Federation (DE 12) or Agri-Mark (DE 14) in *Edwards*.

[2] The Court entered an order effectuating the stipulation submitted with respect to Dairy Farmers of America, Land O'Lakes, and Dairylea, but has not yet entered orders on the similar stipulations submitted with respect to National Milk Producers Federation (DE 11) or Agri-Mark (DE 13) in *Robb*.

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

4. The initial case management conference: April 6, 2012, at 1:30 p.m., with the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (and ADR process selection) set for 21 days prior to the case management conference, and that deadline for the parties' Rule 26(f) report, initial disclosures, and joint case management statement set for 10 days prior to the conference.

Respectfully submitted,

DATED: November 17, 2011        HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Elaine T. Byszewski
Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Telephone (213) 330-7150
Facsimile (213) 330-7152
elaine@hbsslaw.com

Steve W. Berman (*pro hac vice*)
George W. Sampson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8TH Avenue, Suite 3300
Seattle, WA 98101
Telephone (206) 623-7292
Facsimile (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

*Attorneys for the Plaintiffs*

STEPTOE & JOHNSON LLP

By: /s/ Chong S. Park
Chong S. Park
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone (202) 429-3000
Facsimile (202) 429-3902
CPark@steptoe.com

*Attorney for Defendant
National Milk Producers Federation*

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

|   |   |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| 2 | By:/s/ Steven R. Kuney |
|   | Steven R. Kuney |
| 3 | WILLIAMS & CONNOLLY LLP |
|   | 725 Twelfth Street, N.W. |
| 4 | Washington, D.C. 20005 |
|   | Telephone: (202) 434-5843 |
| 5 | Facsimile: (202) 434-5029 |
|   | skuney@wc.com |

BAKER & MILLER PLLC

By:/s/ W. Todd Miller
2401 Pennsylvania Avenue, N.W., Ste. 300
Washington, D.C. 20037

HOLME ROBERTS & OWEN LLP

By:/s/ Jesse W. Markham
560 Mission Street, Suite 2500
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Jesse.Markham@hro.com

*Attorneys for Defendant Dairy Farmers of America, Inc.*

EIMER STAHL KLEVORN & SOLBERG LLP

By:/s/ Nathan P. Eimer
Nathan P. Eimer
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: (312) 660-7601
Fax: (312) 692-1718
neimer@eimerstahl.com

*Attorneys for Defendant Land O' Lakes, Inc.*

BOND SCHOENECK & KING, PLLC

By: __/s/ Edward R. Conan
Edward R. Conan
BOND SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
econan@bsk.com

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

William Farmer
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: 415-788-4646
Facsimile: 415-788-6929
wfarmer@collette.com

*Attorney for Defendant Dairylea Cooperative, Inc.*

KEKER &VAN NEST, LLP

By: /s/ Paula L. Blizzard
Paula L. Blizzard
KEKER &VAN NEST, LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 773-6608
pblizzard@kvn.com

Ross H. Garber
SHIPMAN & GOODWIN, LLP
One Constitution Plaza
Hartford, CT 06103
Telephone (860) 251-5901
RGarber@goodwin.com

*Attorney for Defendant Agri-Mark, Inc.*

I, Elaine T. Byszewski, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated the __28__ day of __November__, 2011

_____
The Honorable Jeffrey S. White

---

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT